# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RIVERA ANAYA, | Case No.: 25cv1854 DMS (BLM) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| CORE CIVIC/OMDC, | |
| Defendant. | |

Defendant's motion to screen Plaintiff's Complaint and stay proceedings is currently scheduled for hearing on August 29, 2025.  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the August 29, 2025 hearing is vacated.[1]

**IT IS SO ORDERED**.

Dated:  August 25, 2025

Hon. Dana M. Sabraw
United States District Judge

---

[1] In light of this Order, Defendant's motion for leave to appear remotely is denied as moot.

1

25cv1324 DMS (JLB)