Daniel Rivera Anaya
Reg. No. 44512359
P.O. Box 439049
San Diego, CA 92143
    *Pro Se Plaintiff.*



FILED

SEP 0 2 2025

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFONIA
### COUNTY OF SAN DIEGO

|  |  |
|---|---|
| Daniel Rivera Anaya,<br>    Plaintiff,<br><br>v.<br><br>CoreCivic Inc,<br>    Defendant. | Case No. 3:25-cv-01854-DMS-BLM<br>Hon. Dana M. Sabra<br>Date: August 29, 2025<br>Time: 1:30 PM<br><br>**REQUEST FOR COURT ORDER<br>TO CORRECT COURT RECORD** |

Before this Honorable Court is plaintiff, Daniel Rivera Anaya's request for a court order to correct error in the above numbered case record as to make all future records reflect the correct name of the defendant as **CoreCivic Inc** above.

In support thereof, undersigned plaintiff states as follow: On May 13, 2025, upon initiating a Civil Action Complaint in the Superior Court of California, County of San Diego, the defendant subsequently timely removed this Action to this Honorable Federal Court on July 21, 2025. However, I erronously named the defendant as Core Civic/OMDC et al, when the correct name in fact is CoreCivic Inc ("the defendant").

WHEREFORE, it is hereby respectfully requested that the Court make an order to

rename the defendant so as to reflect the correct name of the defendant as CoreCivic Inc, in all future case records. Undersigned plaintiff oppologize for this oversight.

Respectfully Submitted this 25th day of August, 2025.

*Daniel Rivera Anaya*

## CERTIFICATE OF SERVICE

I, Daniel Rivera Anaya, certify that I am the plaintiff party in this action and that a true copy of the foregoing request to correct court record was mailed first class, postage paid, to the defendant's attorneys at the address below from San Diego, California on this 25th day of August, 2025.

Struck Love Acedo, PLC
Attn: Dana M. Keene
3100 West Ray Road, Ste. 300
Chandler, Arizona 85226

Daniel Rivera Anaya
Plaintiff.

Daniel Rivera #44512359
P.O. Box 439049
San Diego, CA 92143

CoreCivic
Otay Mesa Detention Center
This facility is not responsible for the
substance/contents of this package.



RECEIVED
SEP 0 3 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

U.S. District Court
333 West Broadway, Ste. 420
San Diego, CA 92101