**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DANIEL RIVERA ANAYA,

                    Plaintiff,

v.

CORE CIVIC/OMDC,

                    Defendant.

Case No.:  25cv1854 DMS (BLM)

**ORDER DENYING DEFENDANT'S MOTION TO SCREEN PLAINTIFF'S COMPLAINT AND STAY PROCEEDINGS**

This case comes before the Court on Defendant's unopposed motion to screen Plaintiff's Complaint and stay proceedings.  In support of the motion, Defendant relies on 28 U.S.C. §§ 1915A and 1915(e)(2).

Section 1915A(a) states:  "The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or office or employee of a governmental entity."  28 U.S.C. § 1915A(a).  The statute goes on to define a "prisoner" as "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program."  28 U.S.C. § 1915A(c).  Here, Defendant has not shown Plaintiff is a "prisoner" as defined in the statute.  On the contrary, and based on his location, Plaintiff appears to be a civil immigration detainee rather than a criminal detainee.  As such, he "is not a 'prisoner' within the meaning

of the PLRA." *Agyeman v. I.N.S.*, 296 F.3d 871, 886 (9th Cir. 2002).  Therefore, the Court denies Defendant's motion to screen Plaintiff's Complaint under § 1915A.

The Court also denies Defendant's motion to screen Plaintiff's Complaint under § 1915(e)(2).  This statute applies to actions in which the plaintiff is proceeding in forma pauperis.  Here, Plaintiff filed his Complaint in state court, and Defendant then removed the case to this Court and paid the filing fee.  There was thus no need for, and Plaintiff did not, apply to proceed in forma pauperis in this Court.

In light of the above, Defendant's motion to screen Plaintiff's Complaint and stay proceedings is denied.

**IT IS SO ORDERED**.

Dated:  November 19, 2025

Hon. Dana M. Sabraw
United States District Judge

25cv1854 DMS (JLB)