# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Rivera Anaya,<br><br>                    Plaintiff,<br><br>v.<br><br>Core Civic/OMDC et al.,<br><br>                    Defendant | No. 25-cv-1854-DMS-BLM<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR RELIEF FROM CIVIL PRETRIAL AND TRIAL PROCEDURES SECTION 6(A) REQUIREMENT FOR FED. R. CIV. P. 12(b) MOTION** |

Having considered Defendant's Ex Parte Motion for Relief from Civil Pretrial and Trial Procedures Section 6(A)  Requirement for Fed. R. Civ. P. 12(b) Motion, and good cause appearing,

IT IS ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED Defendant is relieved from complying with this Court's Civil Pretrial and Trial Procedures at Section 6(A) and therefore may proceed with filing its Motion to Dismiss under Fed. R. Civ. P. 12(b).

Dated:  December 5, 2025

_____
Hon. Dana M. Sabraw
United States District Judge