# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Rivera Anaya, | No. 25-cv-1854-DMS-BLM |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| Core Civic/OMDC et al., | |
| Defendant | |

Having considered Defendant's Ex Parte Motion for Extension of Time to File Response to Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall file its responsive pleading no later than January 9, 2025.

Dated:  December 24, 2025

_____

Hon. Dana M. Sabraw
United States District Judge

25-cv-1854-DMS-BLM