# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DANIEL RIVERA ANAYA,

                                    Plaintiff,

v.

CORE CIVIC/OMDC,

                                    Defendant.

Case No.:  25cv1854 DMS (BLM)

**ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL**

This case comes before the Court on Plaintiff's motion to appoint counsel.  In general, there is no constitutional right to counsel in a civil case.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)).  In "exceptional circumstances," however, a court may exercise its discretion and "request an attorney to represent any person unable to afford counsel."  28 U.S.C. § 1915(e)(1); *Palmer*, 560 F.3d at 970.  The court must consider both "'the likelihood of success on the merits as well as the ability of the [Plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved.'"  *Palmer*, 560 F.3d at 970 (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).  At this point, there are no exceptional circumstances warranting appointment of counsel.  Accordingly, the Court denies Plaintiff's motion without prejudice.

**IT IS SO ORDERED**.

Dated:  March 20, 2026

Hon. Dana M. Sabraw
United States District Judge

1

25cv1854 DMS (JLB)

25cv1854 DMS (JLB)